UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10-cr-89 |
| vs. | : | Judge Timothy S. Black |
| RHONDA REED, | : | |
| Defendant. | : | |

## ORDER THAT: (1) THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT (Doc. 10) BE GRANTED AND (2) THIS CASE BE CLOSED

This criminal case is before the Court on the government's unopposed motion to dismiss the indictment against Defendant Rhonda Reed. (Doc. 10).

Fed. R. Crim. P. 48(a) provides that "the government may, with leave of court, dismiss an indictment, information, or complaint." Once the government places its reasons for a dismissal on the record, "the trial court has little discretion in considering a government motion to dismiss" and "must grant the motion absent a finding of bad faith or disservice to the public interest." *United States v. Perate*, 719 F.2d 706, 710 (4th Cir. 1983).

The government maintains that on August 27, 2010, Defendant Reed pled guilty to a misdemeanor violation of 18 U.S.C. § 656 (misapplication of bank funds) before United States Magistrate Judge Sharon Ovington. (*See United States v. Reed*, 3:10-cr-136, Doc. 4). Given Ms. Reed's guilty plea to this misdemeanor charge, the United States requests that this Court dismiss the felony indictment pending against her.

Accordingly, for good cause shown, the United States' motion to dismiss the indictment against Rhonda Reed (Doc. 10) is hereby **GRANTED**, and this case is **CLOSED**.

**IT IS SO ORDERED.**

Date: 9/3/10

Timothy S. Black
United States District Judge